IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JARVIS RHODES,                                                                                       PETITIONER
ADC #77001

v.                                      No. 5:11CV00156 JLH-JJV

RAY HOBBS, Director,
Arkansas Department of Correction                                                        RESPONDENT

## JUDGMENT

Pursuant to the Order entered separately today, the petition of Jarvis Rhodes is DISMISSED WITHOUT PREJUDICE so that Rhodes may seek permission from the United States Court of Appeals for the Eighth Circuit to file a second or successive habeas petition.

DATED this 17th day of April, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE